Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br>TEAM FOOTWEAR, INC., a California Corporation; SU JEAN LIU, an individual; TEANA, INC., a California Corporation; CHUN QI WAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 13-CV-00532 BRO (CWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br><br>**Hon. Beverly Reid O'Connell** |

IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO ORDERED.**

Dated: February 12, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE